UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 12MJ6051-02 |
| V. | : | RECOGNIZANCE NO. NEW4066 |
| JOSE RAMON LEDESMA-BATISTA | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| Defendant | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of ten thousand dollars ($10,000) was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record.

IT IS ON THIS 14th day of November, 2012,

ORDERED THAT the sum of ten thousand dollars ($10,000) be returned to Yelmy Bladera, 616 West 152nd Street Apt 61, New York, NY 10031.

JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT

RECEIVED
NOV 21 2012
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK